IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACARIO CRANFORD                                     PLAINTIFF
ADC #146450

v.                       No: 3:19-cv-352-DPM-JJV

CAMP, Corporal, North Central Unit,
ADC; and BRUCE D. SANDERS,
Captain, North Central Unit, ADC                      DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Cranford hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 4. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 January 2020