# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JACARIO CRANFORD                                        PLAINTIFF
ADC #146450


v.                              No: 3:19-cv-352-DPM


CAMP, Corporal, North Central Unit,
ADC; and BRUCE D. SANDERS,
Captain, North Central Unit, ADC                       DEFENDANTS


## JUDGMENT

Cranford's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

9 January 2020